461 A.2d 888

Frank v. Life Assurance.

Appeal of Life Assurance Company of Pennsylvania.

Appeal of Norman Levy.

Petition for Allowance of Appeal Denied Jan. 20, 1984.

Argued March 15, 1983. Gilbert Newman, for appellant (at No. 2592) and for appellees (at No. 2575); Richard P. Hunter, Jr., for Frank, appellee.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

The judgment of the lower court is affirmed.